UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARAI SAMAYOA-SOTO, A-209-291-732,

　　　　　Petitioner,

　　v.

WARDEN, ADELANTO ICE PROCESSING CENTER,

　　　　　Respondent.

No.  1:26-cv-05197-DAD-CKD P

ORDER

Petitioner, an immigrant detainee proceeding without counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis and motion to appoint counsel. Petitioner is detained at Adelanto ICE Processing Center in San Bernardino County. Respondent filed a motion to dismiss for lack of jurisdiction on the asserted ground that the petition was not properly filed in this district. This court will not rule on the pending motions.

Jurisdiction over this § 2241 petition is proper only in the district in which petitioner's immediate custodian is located. See Doe v. Garland, 109 F.4th 1188 (9th Cir. 2024) (holding that an individual challenging civil immigration detention must file their petition in the district of confinement where the immediate custodian is located). Petitioner's custodian is located in the Central District of California. Accordingly, pursuant to 28 U.S.C. § 1631 and in the interests of

1

justice, this action will be transferred to the United States District Court for the Central District of California.

In accordance with the above, IT IS ORDERED as follows:

1. This matter is transferred to the United States District Court for the Central District of California.

2. The Clerk of the Court is directed to close this case.

Dated: July 9, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

sama5197.108.2241.imm

2